DEBRA WONG YANG
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM [No. 147248]
Assistant United States Attorney
    Room 7516 Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213)894-2446
    Facsimile: (213)894-7819
    Email: Cedina.Kim@usdoj.gov

Attorneys for Defendant
JO ANNE B. BARNHART, Commissioner of Social Security

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| HRAYER M. GRIGORIAN,<br><br>    Plaintiff,<br><br>  v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>    Defendant. | No.   CV 04-08360 CW<br><br>SECOND AMENDED ORDER OF REMAND [PROPOSED]<br><br>Court: Hon. Carla Woehrle<br>         U.S. Magistrate Judge |

    Pursuant to the concurrently filed Second Amended Stipulation for Remand, the parties' request for an order of remand is granted.

    IS SO ORDERED.

    DATED:_August 18, 2005


                        _/s/ Carla M. Woehrle_____

                        HONORABLE CARLA WOEHRLE

                        UNITED STATES MAGISTRATE JUDGE